## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**MICHAEL LEE GARRISON, ADC #103455**                         **PETITIONER**

**v.**                          **Case No. 5:18-cv-00117-KGB**

**WENDY KELLEY**                                               **RESPONDENT**

### JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that petitioner Michael Lee Garrison's petition for a writ of *habeas corpus* is dismissed without prejudice.  The relief requested is denied.

It is so adjudged this 19th day of January, 2021.

_____
Kristine G. Baker
United States District Judge